| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | MEREDITH J. EDWARDS (CABN 279301)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113<br>Telephone: (408) 535-5061<br>Fax: (408) 535-5066<br>E-Mail: meredith.edwards@usdoj.gov |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00522 RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | San Jose Venue |
| FRANCISCO ALFREDO MUNOZ-DIAZ, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED:	July 6, 2012	Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
_____
MEREDITH J. EDWARDS
Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 06-00522 RMW)

1 | Leave is granted to the government to dismiss the indictment. It is further ordered that
2 | the arrest warrant issued in connection with the indictment is quashed.

Date: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge